THE CITY OF PARK CITY, Plaintiff-Appellee, *v.* HY BROSTEN, d/b/a HY-WAY SALES, Defendant-Appellant.

(No. 71-231;

Second District—July 18, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Charles F. Scott, of Waukegan, for appellant.

Eugene M. Snarski, of Waukegan, for appellee.